UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PERDRO TORRES and FLOR TORRES,                    <u>Trial by Jury Demanded</u>

              Plaintiff,                                      RULE 7.1 DISCLOSURE
                                                              STATEMENT

  -against-
                                                              08 CIV 5056 (J. SULLIVAN)


FEDERAL RESERVE BANK OF NEW YORK,

              Defendant,
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the F.R.C.P, the undersigned discloses that the Federal Reserve Bank of New York is a privately held corporation.


Dated:  New York, New York
        June 03, 2008

                                                      Yours etc.,


                                            By:_____S/S_____
                                                Jeffrey J. Harris (JJH:9758)
                                                Associated with the Law Office of
                                                Robin, Harris, King & Fodera
                                                Attorneys for Defendant
                                                Federal Reserve Bank of New York
                                                One Battery Park Plaza, 30th Fl
                                                New York, NY  10004
                                                (212) 487-9701

To:
Antin, Ehrlich & Epstein, LLP
Attorneys for Plaintiff
49 West 37th Street-7th Fl
New York, NY  10018
(212) 221-5999