P 103-052572-01 218A-49924-1A JJH/ced
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| PEDRO TORRES and FLOR TORRES, | INDEX NO.: 116562/07 |
|                     Plaintiffs, | NOTICE OF FILING OF NOTICE OF REMOVAL AND NOTICE OF REMOVAL |
| -against- | |
| FEDERAL RESERVE BANK OF NEW YORK, | |
|                     Defendant. | |

---------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that defendant(s), FEDERAL RESERVE BANK OF NEW YORK on the 2nd day of June, 2008, filed a Notice of Removal of the within action in the office of the Clerk of the United States District Court for the Southern District of New York, with Docket No. 08 CIV 5056, Judge Sullivan.

      PLEASE TAKE FURTHER NOTICE, that a copy of the Notice of Removal is attached hereto.

Dated:  New York, New York
          June 03, 2008

                                              Yours etc.,

                                                  S/S
                                        By: _____
                                           JEFFREY J. HARRIS (JJH:9758)
                                       Associated with the Law Office of
                                       ROBIN, HARRIS, KING & FODERA
                                       Attorneys for Defendant(s)
                                       FEDERAL RESERVE BANK OF NEW YORK
                                       One Battery Park Plaza, 30th Floor
                                       New York, NY 10004-1437
                                       (212) 487-9701

TO:

Antin, Ehrlich & Epstein, P.C.
Attorneys for Plaintiffs
49 West 37th Street - 7th Fl.
New York, NY 10018
(212)221-5999