UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PEDRO TORRES AND FLOR TORRES,

                        Plaintiffs,

                    -against-

FEDERAL RESERVE BANK OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------------X

08 Civ.5056

**JURY DEMAND**

      **PLEASE TAKE NOTICE** that the Plaintiff herein demands a trial by jury with respect to the above entitled action which has been removed from the Supreme Court of the State of New York, New York County by notice dated June 3, 2008

Dated: New York, New York
       June 5, 2008

                                              Antin, Ehrlich & Epstein, LLP
                                              Attorneys for Plaintiffs
                                              Pedro Torres and Flor Torres
                                              49 West 37th Street, 7th floor
                                              New York, New York 10018
                                              (212) 221-5999

                                              By:_____
                                                  Jeffrey S. Antin

To:   Robin, Harris, King & fodera
       Attorneys for Defendant
       Federal Reserve Bank of New York
       One Battery Park Plaza, 30th floor
       New York, New York 10004
       (212) 487-9701
       File No. P103-052572-01218A-49924-1A JJH/ced