UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PEDRO TORRES, ET AL.,              :

        Plaintiffs,              :

    -against-              :              ORDER

FEDERAL RESERVE BANK OF NEW YORK,  :              08 Civ. 5056 (KNF)

        Defendant.              :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

    1.    on or before October 30, 2009, any dispositive motion shall be served and filed;

    2.    on or before November 24, 2009, any response to a dispositive motion shall be served and filed; and

    3.    on or before December 8, 2009, any reply shall be served and filed.

Dated: New York, New York
       October 7, 2009

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE